IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERI WILKE,

        Plaintiff,

v.

        Case No. 18-cv-549-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, affirming the decision of the Commissioner and dismissing this case.

s/ K. Frederickson, Deputy Clerk          3/13/2019
Peter Oppeneer, Clerk of Court          Date